UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL BATEMAN,<br><br>                            Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>                            Defendants. | Case No. C13-79-RAJ<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING ACTION |

The court has reviewed plaintiff's application to proceed i*n forma pauperis*, his complaint, the Report and Recommendation of the Honorable James P. Donohue (Dkt. # 3), United States Magistrate Judge, and the remaining record.  The court notes that no one has objected to the Report and Recommendation.  The court orders as follows:

(1)   The court adopts the Report and Recommendation.

(2)   The court DENIES Plaintiff's application to proceed *in forma pauperis*.

(3)   The court directs the clerk to DISMISS this action without prejudice, enter judgment for Defendants, and give Judge Donohue notice of this order.

DATED this 12th day of February, 2013.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS
AND DISMISSING ACTION - 1